1  LOEB & LOEB LLP
   MICHAEL THURMAN (State Bar No. 123303)
2  mthurman@loeb.com
   CHRISTINA FOSTER (State Bar No. 223509)
3  cfoster@loeb.com
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:    310-282-2000
5  Facsimile:    310-282-2200

6  Attorneys for Specially Appearing
   Defendants MERRILL LYNCH LIFE
7  INSURANCE COMPANY, a Washington
   corporation; and MERRILL LYNCH LIFE
8  AGENCY, INC., a Washington corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,, | Case No. C 06-02581 MMC |
|---|---|
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON |
| v. | Complaint Filled: April 14, 2006 |
| MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties here, Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, appearing through his counsel, William McGrane of McGrane, Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and MERRILL LYNCH LIFE AGENCY, INC., specially appearing through their counsel, Michael A. Thurman of Loeb & Loeb LLP, that Defendants shall file any responses to the Complaint in this action on or before June 12, 2006.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1536584.1
66666666666
05/03/2006 mt

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION
OF TIME TO RESPOND TO
COMPLAINT; ORDER THEREON

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: May __, 2006 | McGRANE GREENFIELD LLP<br>WILLIAM McGRANE |
| 2 | | |
| 3 | | By: _____/ S /_____ |
| 4 | | William McGrane<br>Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust |
| 5 | | |
| 6 | | |
| 7 | Dated: May __, 2006 | LOEB & LOEB LLP<br>MICHAEL THURMAN<br>CHRISTINA FOSTER |
| 8 | | |
| 9 | | |
| 10 | | By: _____**/ S /**_____ |
| 11 | | Michael Thurman<br>Attorneys for Specially Appearing Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation |

**ORDER**

SO ORDERED.

Dated:  May 3, 2006

*(signature)* Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1536584.1
66666666666
05/03/2006 mt

2

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON