LOEB & LOEB LLP
MICHAEL THURMAN (State Bar No. 123303)
mthurman@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:    310-282-2200

Attorneys for Defendant
MERRILL LYNCH LIFE INSURANCE
COMPANY, a Washington corporation; and
MERRILL LYNCH LIFE AGENCY INC.,
a Washington corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation, <br><br> Defendants. | Case No. C 06-02581 MMC <br><br> STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON <br><br> Complaint Filed: April 14, 2006 |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane, Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman of Loeb & Loeb LLP, that Defendants shall file any responses to the First Amended Complaint in this action on or before July 13, 2006.

Loeb & Loeb
Limited Liability Partnership

LA1550616.1

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION
OF TIME TO RESPOND TO

| | | |
|---|---|---|
| 1 | Dated: June 27, 2006 | McGRANE GREENFIELD LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Maureen A. Harrington |
| 5 | | Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust |
| 6 | | |
| 7 | | |
| 8 | Dated: June 27, 2006 | LOEB & LOEB LLP |
| 9 | | |
| 10 | | By: *[signature]* |
| 11 | | Michael Thurman |
| 12 | | Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY INC., a Washington corporation |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | **ORDER** |
| 18 | SO ORDERED. | |
| 19 | | *[signature]* |
| 20 | Dated: June 27, 2006 | |
| 21 | | Honorable Maxine M. Chesney United States District Judge |

Loeb & Loeb
A Limited Liability Partnership
Including Professional

LA1550616.1

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION
OF TIME TO RESPOND TO