1  MICHAEL THURMAN (State Bar No. 123303)
   LOEB & LOEB LLP
2  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4120
3  Telephone:   310-282-2000
   Facsimile:   310-282-2200
4  E-Mail:      mthurman@loeb.com

5  Attorneys for Defendants MERRILL
   LYNCH LIFE INSURANCE COMPANY
6  and MERRILL LYNCH LIFE AGENCY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO

11 DALE SAKAI, in his capacity as Trustee of  )  Case No. C 06-02581 MMC
   the Fusako Sakai 1995 Revocable Trust under)
12 Trust Agreement dated June 27, 1995,       )  STIPULATION AND ORDER ALLOWING
                                              )  CASE MANAGEMENT CONFERENCE TO
13         Plaintiff,                         )  BE CONDUCTED BY TELEPHONE
                                              )
14     v.                                     )  Complaint Filed: April 14, 2006
                                              )
15 MERRILL LYNCH LIFE INSURANCE              )  Date:   July 14, 2006
   COMPANY, a Washington corporation; and     )  Time:   10:30 a.m.
16 MERRILL LYNCH LIFE AGENCY, INC., a        )  Ctrm:   7
   Washington corporation,                    )  Judge:  Hon. Maxine M. Chesney
17                                            )
           Defendants.                        )
18 _____  )

19         IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE

20 SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust

21 Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane,

22 Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and

23 MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman

24 of Loeb & Loeb LLP, that the Case Management Conference scheduled to be conducted in this

25 matter on July 14, 2006, may be conducted by telephone. This request is made by Defendants in

26 an effort to avoid incurring the time and expense of their counsel traveling to San Francisco to

27 participate in the Case Management Conference. If this Stipulation and Order is granted, the

28

Loeb & Loeb
ited Liability Partnership
including Professional
Corporations

LA1554169.1
20916110001
07/07/2006 vm

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION
OF TIME TO RESPOND TO
COMPLAINT; ORDER THEREON

1  parties shall remain on telephone standby from the time scheduled for the Case Management
2  Conference until they are contacted by the Court.

5  Dated: July 7th, 2006

McGRANE GREENFIELD LLP
MAUREEN HARRINGTON

By: /s/ Maureen Harrington
Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust

11  Dated: July 7, 2006

LOEB & LOEB LLP
MICHAEL THURMAN

By: /s/ Michael A. Thurman
Michael A. Thurman
Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation

**ORDER**

SO ORDERED.

Dated: July 11, 2006

/s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Judge

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1554169.1
20916110001
07/07/2006 vm

2

Case No. C 06-02581 MMC
STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON