1   WILLIAM McGRANE [57761]
    MAUREEN HARRINGTON [194606]
2   McGRANE GREENFIELD LLP
    One Ferry Building, Suite 220
3   San Francisco, California 94111
    Telephone:   (415) 283-1776
4   Facsimile:   (415) 283-1777
    wmcgrane@mcgranegreenfield.com
5
    BRIAN J. HANNON [99750]
6   McGRANE GREENFIELD LLP
    40 South Market Street, Seventh Floor
7   San Jose, California  95113
    Telephone:   (408) 995-5600
8   Facsimile:   (408) 995-0308
    bhannon@mcgranegreenfield.com
9
    Attorneys for Plaintiff
10  DALE SAKAI, in his capacity as Trustee of the Fusako Sakai
    1995 Revocable Trust under Trust Agreement dated June 27, 1995
11

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16

17  DALE SAKAI, in his capacity as Trustee of      Case No.  06-2581 (MMC)
    the Fusako Sakai 1995 Revocable Trust
18  under Trust Agreement dated June 27, 1995,     **STIPULATION RE EXTENSION
                                                   OF TIME TO SERVE INITIAL
19          Plaintiff,                             DISCLOSURE STATEMENTS
                                                   [FRCP 26(a)] AND [PROPOSED]
20  vs.                                            ORDER**

21
    MERRILL LYNCH LIFE INSURANCE
22  COMPANY, a Washington corporation;
    and MERRILL LYNCH LIFE AGENCY,
23  INC., a Washington corporation

24          Defendants.

25

26

Stipulation re Extension of Time to Serve
Initial Disclosure Statements [FRCP 26(a)] and Order

1    THIS STIPULATION is made by and between Plaintiff DALE SAKAI, in

2  his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust

3  Agreement dated June 27, 1995 ("Plaintiff") and Defendants MERRILL LYNCH

4  LIFE INSURANCE COMPANY, a Washington corporation, and MERRILL

5  LYNCH LIFE AGENCY, INC., a Washington corporation ("Defendants"),

6  through their respective counsel of record.

7                              **STIPULATION**

8    1.    The parties previously agreed that they would serve their Initial

9  Disclosure Statements on or before July 28, 2006.  In view of Defendants' pending

10  motions for an order dismissing or, in the alternative, an order striking portions of

11  Plaintiff's First Amended Complaint, both of which are scheduled for hearing on

12  September 1, 2006, the parties, by and through their respective counsel of record,

13  hereby stipulate and agree to extend the time to serve their Initial Disclosure

14  Statements to and including September 12, 2006.

15    2.    Rule 26(a)(1) of the Federal Rules of Civil Procedure permits the

16  parties to stipulate and agree to extend the date for service of their Initial

17  Disclosure Statements.

18    3.    Plaintiff and Defendants hereby respectfully request the Court to

19  issue the order set forth below.

20

21  Dated:  July 31, 2006                    McGRANE GREENFIELD LLP

22

23                                          By:____/S/_____BRIAN J. HANNON_____
                                               Attorneys for Plaintiff
24                                             DALE SAKAI, in his capacity as Trustee
                                               of the Fusako Sakai 1995 Revocable
25                                             Trust under Trust Agreement dated June
                                               27, 1995
26

Stipulation re Extension of Time to Serve
Initial Disclosure Statements [FRCP 26(a)] and Order

1    Dated:  July 28, 2006              LOEB & LOEB LLP

2

3                                      By:____/S/____MICHAEL THURMAN_____
                                           Attorneys for Defendants
4                                          MERRILL LYNCH LIFE INSURANCE
                                           COMPANY, a Washington corporation,
5                                          and MERRILL LYNCH LIFE
                                           AGENCY, INC., a Washington
6                                          corporation

7

8                              **ORDER**

9        The Court having reviewed the Stipulation of the parties, and good cause

10   appearing therefor, IT IS HEREBY ORDERED as follows:

11       The parties shall serve their Initial Disclosure Statements no later than

12   September 12, 2006.

13

14   Dated:  ___August 1, 2006___        _____
                                         UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

Stipulation re Extension of Time to Serve
Initial Disclosure Statements [FRCP 26(a)] and Order