1   WILLIAM McGRANE [57761]
    MAUREEN HARRINGTON [194606]
2   McGRANE GREENFIELD LLP
    One Ferry Building, Suite 220
3   San Francisco, California 94111
    Telephone:    (415) 283-1776
4   Facsimile:    (415) 283-1777
    wmcgrane@mcgranegreenfield.com
5
    BRIAN J. HANNON [99750]
6   McGRANE GREENFIELD LLP
    40 South Market Street, Seventh Floor
7   San Jose, California  95113
    Telephone:    (408) 995-5600
8   Facsimile:    (408) 995-0308
    bhannon@mcgranegreenfield.com
9
    Attorneys for Plaintiff
10  DALE SAKAI, in his capacity as Trustee of the Fusako Sakai
    1995 Revocable Trust under Trust Agreement dated June 27, 1995
11

12                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16  _____
17  DALE SAKAI, in his capacity as Trustee of      Case No.  06-2581 (MMC)
    the Fusako Sakai 1995 Revocable Trust
18  under Trust Agreement dated June 27, 1995,     **STIPULATION RE CONTINUANCE
                                                   OF HEARING AND EXTENSION
19              Plaintiff,                         OF TIME TO SERVE INITIAL
                                                   DISCLOSURE STATEMENTS
20  vs.                                            [FRCP 26(a)] AND [PROPOSED]
                                                   ORDER**
21
    MERRILL LYNCH LIFE INSURANCE
22  COMPANY, a Washington corporation;
    and MERRILL LYNCH LIFE AGENCY,
23  INC., a Washington corporation
24              Defendants.
25  _____
26

1     THIS STIPULATION is made by and between Plaintiff DALE SAKAI, in

2    his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust

3    Agreement dated June 27, 1995 ("Plaintiff") and Defendants MERRILL LYNCH

4    LIFE INSURANCE COMPANY, a Washington corporation, and MERRILL

5    LYNCH LIFE AGENCY, INC., a Washington corporation ("Defendants"),

6    through their respective counsel of record.

7    **<u>STIPULATION</u>**

8    1.    The parties, by and through their respective counsel of record,

9    hereby stipulate and agree to continue the date of hearing of Defendants' motions

10    for orders dismissing and/or striking portions of the Plaintiff's First Amended

11    Complaint from Friday, September 1, 2006 to Friday, September 22, 2006. Under

12    Local Rule 7-7, the parties  may stipulate and agree to continue the hearing of a

13    motion.

14    2.    The parties, by and through their respective counsel of record,

15    hereby further stipulate and agree to extend the time to serve their Initial

16    Disclosure Statements to and including September 29, 2006. Under Rule 26(a)(1)

17    of the Federal Rules of Civil Procedure, the parties may stipulate and agree to

18    extend the date for service of their Initial Disclosure Statements.

19    3.    Plaintiff and Defendants hereby respectfully request the Court to

20    issue the order set forth below.

21    Dated:  August 7, 2006        McGRANE GREENFIELD LLP

22

23                   By:___/S/____BRIAN J. HANNON_____

                          Attorneys for Plaintiff

24                          DALE SAKAI, in his capacity as Trustee

25                          of the Fusako Sakai 1995 Revocable

                          Trust under Trust Agreement dated June

26                          27, 1995

1  Dated:  August 7, 2006              LOEB & LOEB LLP

2

3                                       By:____/S/_____MICHAEL THURMAN_____
                                         Attorneys for Defendants
4                                        MERRILL LYNCH LIFE INSURANCE
                                         COMPANY, a Washington corporation,
5                                        and MERRILL LYNCH LIFE
                                         AGENCY, INC., a Washington
6                                        corporation

7

8                              **<u>ORDER</u>**

9          The Court having reviewed the Stipulation of the parties, and good cause

10  appearing therefor, IT IS HEREBY ORDERED as follows:

11         The date of hearing of Defendants' motions for orders dismissing and/or

12  striking portions of the Plaintiff's First Amended Complaint is continued from

13  September 1, 2006 to September ~~22~~, 2006.  The parties shall serve their Initial
                                   29

14  Disclosure Statements no later than ~~September 29~~, 2006.
                                        October 6,

15

16  Dated:  ___August 8, 2006___        _____
                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26