1  WILLIAM McGRANE [57761]
   MAUREEN HARRINGTON [194606]
2  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
3  San Francisco, California 94111
   Telephone:   (415) 283-1776
4  Facsimile:    (415) 283-1777
   wmcgrane@mcgranegreenfield.com
5
   BRIAN J. HANNON [99750]
6  McGRANE GREENFIELD LLP
   40 South Market Street, Second Floor
7  San Jose, California  95113
   Telephone:   (408) 995-5600
8  Facsimile:    (408) 995-0308
   bhannon@mcgranegreenfield.com
9
   Attorneys for Plaintiff
10 DALE SAKAI, in his capacity as Trustee of the
   Fusako Sakai 1995 Revocable Trust
11

12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16
   ┌─────────────────────────────────────────────┬──────────────────────────────┐
17 │ DALE SAKAI, in his capacity as Trustee of   │ Case No.  06-2581 (MMC)      │
   │ the Fusako Sakai 1995 Revocable Trust       │                              │
18 │ under Trust Agreement dated June 27, 1995,  │ **STIPULATION RE EXTENSION** │
   │                                             │ **OF TIME TO COMPLETE**      │
19 │           Plaintiff,                        │ **MEDIATION AND [PROPOSED]** │
   │                                             │ **ORDER**                    │
20 │ v.                                          │                              │
21 │                                             │                              │
   │ MERRILL LYNCH LIFE INSURANCE                │                              │
22 │ COMPANY, a Washington corporation;          │                              │
   │ and MERRILL LYNCH LIFE AGENCY,              │                              │
23 │ INC., a Washington corporation              │                              │
24 │                                             │                              │
   │           Defendants.                       │                              │
25 └─────────────────────────────────────────────┴──────────────────────────────┘

26

1  THIS STIPULATION is made by and between Plaintiff Dale Sakai, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995 ("Plaintiff"), and MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation, and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation (collectively, "Defendants"), through their respective counsel or record.

## **STIPULATION**

1.  This Court has ordered Plaintiff and Defendants (collectively, the "Parties") to complete mediation by October 14, 2006. The Parties believed that mediation would not be useful until Defendants' Motion to Dismiss was decided, which did not occur until September 26, 2006. See Order Granting Motion to Dismiss; Denying Motion to Strike; Vacating Hearing. Accordingly, and as a result of the Motion, the Parties now agree that the time is right for mediation, but believe that an extension of the deadline is necessary to prepare adequately.

2.  Under Local Rule 6.2, the parties may stipulate to a request for "an order changing time that would affect the date of an event or deadline already fixed by Court order." Accordingly, the parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time to complete the Court-ordered mediation process from October 14, 2006 to November 14, 2006.

///

///

///

Stipulation re Extension of Time to Complete Mediation and Order

1     IT IS SO STIPULATED.

2

3   Dated: Oct. 10, 2006          MCGRANE GREENFIELD LLP

4

5                                  By:   /S/    MAUREEN S. HARRINGTON

6                                  Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sukai 1995 Revocable Trust

7

8   Dated: Oct. 10 , 2006         LOEB & LOEB LLP

9

10                                 By:   /S/    MICHAEL THURMAN

11                                 Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation, and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation

12

13

14

15

16     PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18   Dated: October 11, 2006

19                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

Stipulation re Extension of Time to Complete Mediation and Order