1   WILLIAM McGRANE [57761]
    MAUREEN HARRINGTON [194606]
2   McGRANE GREENFIELD LLP
    One Ferry Building, Suite 220
3   San Francisco, California 94111
    Telephone:   (415) 283-1776
4   Facsimile:    (415) 283-1777
    wmcgrane@mcgranegreenfield.com
5
    BRIAN J. HANNON [99750]
6   McGRANE GREENFIELD LLP
    40 South Market Street, Second Floor
7   San Jose, California  95113
    Telephone:   (408) 995-5600
8   Facsimile:    (408) 995-0308
    bhannon@mcgranegreenfield.com
9
    Attorneys for Plaintiff
10  DALE SAKAI, in his capacity as Trustee of the
    Fusako Sakai 1995 Revocable Trust
11

12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                         SAN FRANCISCO DIVISION

16
17  DALE SAKAI, in his capacity as Trustee of    Case No.  06-2581 (MMC)
    the Fusako Sakai 1995 Revocable Trust
18  under Trust Agreement dated June 27, 1995,   STIPULATION AND ORDER TO
                                                 CONTINUE CASE MANAGEMENT
19          Plaintiff,                           CONFERENCE

20
    v.                                           Date:  November 3, 2006
21                                               Time:  10:30 AM
                                                 Judge:  Maxine M. Chesney
    MERRILL LYNCH LIFE INSURANCE
22  COMPANY, a Washington corporation;
    and MERRILL LYNCH LIFE AGENCY,
23  INC., a Washington corporation

24
            Defendants.
25

26

1  The parties, by and through their counsel of record, hereby stipulate as follows:

2  1.  This action was initiated on April 14, 2006, by filing of a "Complaint for Damages".  The Complaint was amended on June 12, 2006.

3  2.  On July 13, 2006, Defendants filed a Motion to Strike and a Motion to Dismiss.  On September 26, 2006, the Court ruled on those motions, denying the motion to strike and granting portions of the motion to dismiss with leave to amend.

4  3.  On October 16, 2006, Plaintiff filed its "Second Amended Complaint for Damages".  Defendants have advised that they intend to respond to that pleading with additional motion practice, which motion will be set for hearing on December 15, 2006.

5  4.  As the case is not yet at issue, a further case management conference at this stage is premature.  The parties therefore agree to continue the case management conference to December 15, 2006, the same date proposed for hearing on the motion to be filed by Defendants.

SO STIPULATED.

DATED:  October 31, 2006                         McGRANE GREENFIELD LLP


By:        /s/ Maureen A. Harrington
    Maureen Harrington
    Attorneys for Plaintiff DALE
    SAKAI, in his capacity as Trustee of
    the Fusako Sakai 1995 Revocable
    Trust

///

///

///

///

1  DATED:  October 31, 2006                          LOEB & LOEB LLP

2

3
                                              By:      /s/ Michael A. Thurman
4                                                    Michael A. Thurman
                                                     Attorneys for Defendants
5                                                    MERRILL LYNCH LIFE
                                                     INSURANCE COMPANY, a
6                                                    Washington corporation; and
                                                     MERRILL LYNCH LIFE
7                                                    AGENCY, INC., a Washington
                                                     corporation
8

9       Good cause having been shown, the Case Management Conference shall be
                     January 19, 2007
10   continued to ~~December 15, 2006~~, at 10:30 AM.   A Joint Case Management Statement shall be filed
     no later than January 12, 2007.
11        SO ORDERED.

12

13   Dated:  October 31, 2006                        _____/s/ Maxine M. Chesney_____
                                                     Hon. Maxine M. Chesney, District Court
14                                                   Judge

15

16

17

18

19

20

21

22

23

24

25

26

---
3
Stipulation and Order to Continue Case Management Conference
Case No. 06-2581