1  MICHAEL THURMAN (State Bar No. 123303)
   LOEB & LOEB LLP
2  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4120
3  Telephone:   310-282-2000
   Facsimile:   310-282-2200
4  E-Mail:      mthurman@loeb.com

5  Attorneys for Defendants MERRILL
   LYNCH LIFE INSURANCE COMPANY
6  and MERRILL LYNCH LIFE AGENCY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11 | DALE SAKAI, in his capacity as Trustee of   ) Case No. C 06-02581 MMC
   | the Fusako Sakai 1995 Revocable Trust under )
12 | Trust Agreement dated June 27, 1995,        ) STIPULATION AND ORDER ALLOWING
   |                                             ) TELEPHONIC CASE MANAGEMENT
13 |         Plaintiff,                          ) CONFERENCE ; ORDER THEREON
   |                                             ) Complaint Filed: April 14, 2006
14 |    v.                                       )
   |                                             ) Date:   November 3, 2006
15 | MERRILL LYNCH LIFE INSURANCE                ) Time:   10:30 a.m.
   | COMPANY, a Washington corporation; and      ) Ctrm:   7
16 | MERRILL LYNCH LIFE AGENCY, INC., a          ) Judge:  Hon. Maxine M. Chesney
   | Washington corporation,                     )
17 |                                             )
   |         Defendants.                         )
18 |_____)

19      IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE

20 SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust

21 Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane,

22 Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and

23 MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman

24 of Loeb & Loeb LLP, that the Case Management Conference scheduled to be conducted in this

25 matter on November 3, 2006, may be conducted by telephone. This request is made by

26 Defendants in an effort to avoid incurring the time and expense of their counsel traveling to San

27 Francisco to participate in the Case Management Conference. If this Stipulation and Order is

28

Loeb & Loeb
Limited Liability Partnership
including Professional
Corporations

LA1588273.1
20916110001

Case No.  C 06-02581 MMC
STIPULATION AND ORDER ALLOWING
TELEPHONIC CASE MANAGEMENT

1  granted, the parties shall remain on telephone standby from the time scheduled for the Case
2  Management Conference until they are contacted by the Court.

5  Dated: October 31, 2006

McGRANE GREENFIELD LLP
MAUREEN HARRINGTON

By: _____/ S /_____
Maureen Harrington
Attorneys for Plaintiff DALE SAKAI, in his
capacity as Trustee of the Fusako Sakai 1995
Revocable Trust

11  Dated: October 31, 2006

LOEB & LOEB LLP
MICHAEL THURMAN

By: _____/ S /_____
Michael A. Thurman
Attorneys for Defendants MERRILL
LYNCH LIFE INSURANCE COMPANY, a
Washington corporation; and MERRILL
LYNCH LIFE AGENCY, INC., a
Washington corporation

## ORDER

~~SO ORDERED.~~   In light of the Court's separate order continuing the November 3, 2006 case management conference to January 19, 2007, the instant stipulation is hereby DENIED as moot.

Dated: October 31, 2006

*[signature]*
Honorable Maxine M. Chesney
United States District Judge

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1588273.1
20916110001

2

Case No.  C 06-02581 MMC
STIPULATION AND ORDER ALLOWING
TELEPHONIC CASE MANAGEMENT
CONFERENCE