1  MICHAEL THURMAN (State Bar No. 123303)
   LOEB & LOEB LLP
2  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4120
3  Telephone:     310-282-2000
   Facsimile:     310-282-2200
4  E-Mail:        mthurman@loeb.com

5  Attorneys for Defendants MERRILL
   LYNCH LIFE INSURANCE COMPANY
6  and MERRILL LYNCH LIFE AGENCY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO

11  DALE SAKAI, in his capacity as Trustee of    )  Case No. C 06-02581 MMC
    the Fusako Sakai 1995 Revocable Trust under  )
12  Trust Agreement dated June 27, 1995,         )  STIPULATION AND ORDER REGARDING
                                                 )  EXTENDING MEDIATION DEADLINE
13             Plaintiff,                        )  Complaint Filed: April 14, 2006
                                                 )
14       v.                                      )  Current Deadline: November 14, 2006
                                                 )
15  MERRILL LYNCH LIFE INSURANCE                 )  New Deadline: December 31, 2006
    COMPANY, a Washington corporation; and       )
16  MERRILL LYNCH LIFE AGENCY, INC., a           )
    Washington corporation,                      )
17                                               )
               Defendants.                       )
18  _____)

19       IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE

20  SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust

21  Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane,

22  Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and

23  MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman

24  of Loeb & Loeb LLP, that the deadline for completing the court-ordered mediation of this matter

25  pursuant to ADR. L.R. 6 shall be extended to December 31, 2006.  This request is made by the

26  parties to accommodate the mediator's schedule and allow time for the hearing of Defendants'

27  motion to dismiss which will be filed in the next several days.

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1588793.1
20916110001
10/31/2006 mt

Case No.  C 06-02581 MMC
STIPULATION AND ORDER REGARDING
EXTENDING MEDIATION DEADLINE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 31, 2006 | McGRANE GREENFIELD LLP |
| 3 | | MAUREEN HARRINGTON |

By: _____/ S /_____
Maureen Harrington
Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust

Dated: October 31, 2006   LOEB & LOEB LLP
MICHAEL THURMAN

By: _____/ S /_____
Michael A. Thurman
Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation

**ORDER**

SO ORDERED.

Dated: November 1, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1588793.1
20916110001
10/31/2006 mt

2

Case No. C 06-02581 MMC
STIPULATION AND ORDER REGARDING
EXTENDING MEDIATION DEADLINE