United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendant. | No. C-06-2581 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>(Docket No. 51) |

　　　　Before the Court is the motion filed November 2, 2006 by defendants Merrill Lynch Life Insurance Company and Merrill Lynch Life Agency, Inc. to dismiss the Second Amended Complaint, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, or, in the alternative, for summary judgment. Plaintiff Dale Sakai, in his capacity as trustee of the Fusako Sakai 1995 Revocable Trust, has filed opposition to the motion; defendants have filed a reply. Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel at the December 15, 2006 hearing, and for the reasons set forth at the hearing, the Court hereby rules as follows:

　　　　1. To the extent defendants seek dismissal on the grounds that the complaint is time-barred as pleaded, and that the fraud claim fails to comply with the requirements of Rule 9(b), the motion to dismiss is GRANTED. In all other respects, the motion to dismiss

1  is DENIED.  Plaintiff is afforded leave to file, no later than January 5, 2006, an amended
2  complaint to address the deficiencies noted.
3      2.  The motion for summary judgment is DENIED.
4      This order terminates Docket No. 51.
5  **IT IS SO ORDERED.**
6  Dated: December 15, 2006      MAXINE M. CHESNEY
    United States District Judge