1  MICHAEL THURMAN (State Bar No. 123303)
   LOEB & LOEB LLP
2  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4120
3  Telephone:   310-282-2000
   Facsimile:    310-282-2200
4  E-Mail:        mthurman@loeb.com

5  Attorneys for Defendants MERRILL
   LYNCH LIFE INSURANCE COMPANY
6  and MERRILL LYNCH LIFE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, | Case No. C 06-02581 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | Complaint Filed: April 14, 2006 |
| MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation, | Date Previously Set: April 30, 2007 |
| | New Date: May 16, 2007 |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane, Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman of Loeb & Loeb LLP, that the date for the mandatory Settlement Conference, originally set for April 30, 2007, shall be rescheduled to May 16, 2007, at 9:30 a.m. in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties further

\\\
\\\

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1633547.1
209161-10001

Case No. C 06-02581 MMC
STIPULATION AND ORDER REGARDING
SETTLEMENT CONFERENCE

1  stipulate that the deadline for submitting Settlement Conference Statements shall be extended to
2  May 2, 2007.

3

4  Dated: April 13, 2007                        McGRANE GREENFIELD LLP
                                                MAUREEN HARRINGTON
5

6

7                                               By:    /S/    MAUREEN HARRINGTON
                                                Maureen Harrington
                                                Attorneys for Plaintiff DALE SAKAI, in his
8                                               capacity as Trustee of the Fusako Sakai 1995
                                                Revocable Trust
9

10 Dated: April 13, 2007                        LOEB & LOEB LLP
                                                MICHAEL THURMAN
11

12

13                                              By:    /S/    MICHAEL A. THURMAN
                                                Michael A. Thurman
14                                              Attorneys for Defendants MERRILL
                                                LYNCH LIFE INSURANCE COMPANY, a
15                                              Washington corporation; and MERRILL
                                                LYNCH LIFE AGENCY, INC., a
16                                              Washington corporation

17

18

19

20                                              **ORDER**

21     SO ORDERED.

22

23 Dated:  April 18, 2007                       _____
                                                Honorable
24                                              United States

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1633547.1
209161-10001

2

Case No.  C 06-02581 MMC
STIPULATION AND ORDER REGARDING
SETTLEMENT CONFERENCE