MICHAEL THURMAN (State Bar No. 123303)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:    310-282-2000
Facsimile:    310-282-2200
E-Mail:       mthurman@loeb.com

Attorneys for Defendants MERRILL
LYNCH LIFE INSURANCE COMPANY
and MERRILL LYNCH LIFE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation,<br><br>Defendants. | Case No. C 06-02581 MMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, appearing through his counsel, Maureen Harrington of McGrane, Greenfield LLP, and Defendants MERRILL LYNCH LIFE INSURANCE COMPANY and MERRILL LYNCH LIFE AGENCY, INC., appearing through their counsel, Michael A. Thurman of Loeb & Loeb LLP, that the deadline for Defendants to answer the Third Amended Complaint shall be extended to May 25, 2007.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1648617.1
209161-10001

Case No.  C 06-02581 MMC
STIPULATION AND ORDER FOR AN
EXTENSION OF TIME TO ANSWER THIRD
AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: May 17, 2007 | McGRANE GREENFIELD LLP<br>MAUREEN HARRINGTON |
| 2 | | |
| 3 | | |
| 4 | | By: _____/ S /_____<br>Maureen Harrington<br>Attorneys for Plaintiff DALE SAKAI, in his |
| 5 | | capacity as Trustee of the Fusako Sakai 1995<br>Revocable Trust |
| 6 | | |
| 7 | Dated: May 17, 2007 | LOEB & LOEB LLP<br>MICHAEL THURMAN |
| 8 | | |
| 9 | | |
| 10 | | By: _____/ S /_____ |
| 11 | | Michael A. Thurman<br>Attorneys for Defendants MERRILL |
| 12 | | LYNCH LIFE INSURANCE COMPANY, a<br>Washington corporation; and MERRILL |
| 13 | | LYNCH LIFE AGENCY, INC., a<br>Washington corporation |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | **ORDER** |
| 18 | SO ORDERED. | |
| 19 | | *[signature]* |
| 20 | Dated: May 18, 2007 | |
| 21 | | Honorable Maxine M. Chesney<br>United States District Judge |

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1648617.1
209161-10001

2

Case No. C 06-02581 MMC
STIPULATION AND ORDER FOR AN
EXTENSION OF TIME TO ANSWER THIRD
AMENDED COMPLAINT