DANIEL G. MURPHY (SBN 141006)
dmurphy@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for DEFENDANTS
MERRILL LYNCH LIFE
INSURANCE COMPANY; and
MERRILL LYNCH LIFE AGENCY,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>   Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington Corporation; and MERRILL LYNCH LIFE AGENCY, INC. a Washington corporation,<br><br>   Defendants. | Case No.  C 06-2581 (MMC)<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF** |

LA1672895.1
209161-10001

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF

1  This stipulation is made by and between defendants Merrill Lynch Life
2  Insurance Company and Merrill Lynch Life Agency, Inc. (together, "Defendants"),
3  on the one hand, and plaintiff Dale Sakai, in his capacity as Trustee of the Fusako
4  Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1999
5  ("Plaintiff") (collectively with Defendants, the "Parties"), on the other hand,
6  pursuant to N.D. Local Rule 7-12, with reference to the following facts:

7  1.  WHEREAS, on January 5, 2007, Plaintiff filed the Third Amended
8  Complaint for Damages;

9  2.  WHEREAS, on February 12, 2007, the above-captioned Court entered
10 the Pretrial Preparation Order, pursuant to which the Court, among other things,
11 established September 7, 2007 as the non-expert discovery cut-off date;

12 3.  WHEREAS, on May 25, 2007, Defendants filed the Answer of
13 Defendants to the Third Amended Complaint;

14 4.  WHEREAS, since February 12, 2007, the Parties have engaged in
15 significant written and deposition discovery;

16 5.  WHEREAS, despite the Parties best efforts, the discovery process is
17 not yet complete;

18 6.  WHEREAS, given certain scheduling issues, the Parties believe that a
19 brief, two-week continuance of the discovery cut-off is necessary to ensure
20 completion of the discovery process;

21 **NOW THEREFORE**, the Parties, through their respective attorneys, hereby
22 stipulate as follows:

23 1.  The non-expert discovery cut-off shall be, subject to the Court's
24 approval, extended by two weeks, from September 7, 2007 to September 21, 2007.

25 2.  All other dates in the Pretrial Preparation Order shall remain the same.

3. Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses herein, all of which are expressly reserved.

Dated: August 20, 2007

LOEB & LOEB LLP
DANIEL G. MURPHY
W. ALLAN EDMISTON

By: /s/
W. ALLAN EDMISTON
Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington Corporation; and MERRILL LYNCH LIFE AGENCY, INC.

Dated: August 20, 2007

McGRANE GRENFIELD LLP
WILLIAM McGRANE
MAUREN HARRIGNTON

BRIAN HANNON

By: /s/
MAUREEN HARRINGTON
Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 20, 2007

_____
Maxine M. Chesney
United States District Judge

LA1672895.1
209161-10001

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUT-OFF