1  DANIEL G. MURPHY (SBN 141006)
   dmurphy@loeb.com
2  W. ALLAN EDMISTON (SBN 228246)
   aedmiston@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:  310-282-2200

6  Attorneys for DEFENDANTS
   MERRILL LYNCH LIFE
7  INSURANCE COMPANY; and
   MERRILL LYNCH LIFE
8  AGENCY INC.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  DALE SAKAI, in his capacity as           )  Case No.  C 06-2581 (MMC)
    Trustee of the Fusako Sakai 1995         )
15  Revocable Trust under Trust Agreement    )  Assigned to Hon. Maxine M. Chesney
    dated June 27, 1995,                     )
16                                           )  **STIPULATION AND [PROPOSED]**
            Plaintiff,                       )  **ORDER TO CONTINUE CERTAIN**
17                                           )  **COURT-ORDERED DEADLINES**
        v.                                   )  **AND DATES AND VACATE**
18                                           )  **FURTHER SETTLEMENT**
    MERRILL LYNCH LIFE                       )  **CONFERENCE**
19  INSURANCE COMPANY, a                     )
    Washington Corporation; and              )
20  MERRILL LYNCH LIFE AGENCY,               )
    INC. a Washington corporation,           )
21                                           )
            Defendants.                      )
22                                           )

23

24

25

26

27

28

LA1683388.1
209161-10001                              1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CERTAIN DEADLINES AND
DATES AND VACATE FURTHER
SETTLEMENT CONFERENCE

This stipulation is made by and between defendants Merrill Lynch Life Insurance Company and Merrill Lynch Life Agency Inc. (together, "Defendants"), on the one hand, and plaintiff Dale Sakai, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1999 ("Plaintiff") (collectively with Defendants, the "Parties"), on the other hand, pursuant to N.D. Local Rule 7-12, with reference to the following facts:

1. WHEREAS, on January 5, 2007, Plaintiff filed the Third Amended Complaint for Damages;

2. WHEREAS, on February 12, 2007, the above-captioned Court entered the Pretrial Preparation Order, pursuant to which the Court, among other things, established September 7, 2007 as the non-expert discovery cut-off date;

3. WHEREAS, on May 25, 2007, Defendants filed the Answer of Defendants to the Third Amended Complaint;

4. WHEREAS, since February 12, 2007, the Parties have engaged in significant written and deposition discovery;

5. WHEREAS, the Parties have agreed to submit this matter to private mediation;

6. WHEREAS, given various scheduling issues and to permit completion of a private mediation, the Parties believe that a brief continuance of the following deadlines and dates is necessary and appropriate:

- Deadline to designate experts;
- Deadline to designate rebuttal experts;
- Expert discovery cut-off; and
- Deadline for filing dispositive motions.

7. WHEREAS, the Parties further believe that, in light of their agreement to submit this matter to private mediation, the Further Settlement Conference should be vacated;

LA1683388.1
209161-10001

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEADLINES AND DATES AND VACATE FURTHER SETTLEMENT CONFERENCE

**NOW THEREFORE**, the Parties, through their respective attorneys, hereby stipulate as follows:

1.  The deadline to designate experts shall be, subject to the Court's approval, continued by two weeks, from September 28, 2007 to October 12, 2007.

2.  The deadline to designate rebuttal experts shall be, subject to the Court's approval, continued by two weeks, from October 12, 2007 to October 26, 2007.

3.  The Further Status Conference shall be, subject to the Court's approval, continued by two weeks, from October 26, 2007 to November 9, 2007.

4.  The expert discovery cut-off shall be, subject to the Court's approval, continued by two weeks, from November 2, 2007 to November 16, 2007.

5.  The deadline for filing dispositive motions shall be, subject to the Court's approval, continued by two weeks, from November 16, 2007 to November 30, 2007.

6.  Given the Parties' agreement to submit this matter to private mediation, the Further Settlement Conference shall be, subject to the Court's approval, vacated.

7.  Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses herein, all of which are expressly reserved.

**[Signatures on Following Page]**

| | | |
|---|---|---|
| 1 | Dated: September 20, 2007 | LOEB & LOEB LLP |
| 2 | | DANIEL G. MURPHY |
| | | W. ALLAN EDMISTON |

By:/s/
W. ALLAN EDMISTON
Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY; and MERRILL LYNCH LIFE AGENCY INC.

Dated: September 20, 2007

McGRANE GRENFIELD LLP
WILLIAM McGRANE
MAUREN HARRIGNTON

BRIAN HANNON

By: /s/
MAUREEN HARRINGTON
Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED. It is FURTHER ORDERED that the parties participate in private mediation pursuant to their stipulation, but no later than November 16, 2007.**

Dated: September 25, 2007

Maxine M. Chesney
United States District Judge

LA1683388.1
209161-10001

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEADLINES AND DATES AND VACATE FURTHER SETTLEMENT CONFERENCE