DANIEL G. MURPHY (SBN 141006)
dmurphy@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for DEFENDANTS
MERRILL LYNCH LIFE
INSURANCE COMPANY; and
MERRILL LYNCH LIFE AGENCY,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington Corporation; and MERRILL LYNCH LIFE AGENCY, INC. a Washington corporation,<br><br>        Defendants. | Case No.  C 06-2581 (MMC)<br><br>Assigned to Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTIONS TO COMPEL NON-EXPERT DISCOVERY** |

LA1686190.1
209161-10001

1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE TO FILE
MOTIONS TO COMPEL NON-EXPERT
DISCOVERY

1        This stipulation is made by and between defendants Merrill Lynch Life

2   Insurance Company and Merrill Lynch Life Agency, Inc. (together, "Defendants"),

3   on the one hand, and plaintiff Dale Sakai, in his capacity as Trustee of the Fusako

4   Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1999

5   ("Plaintiff") (collectively with Defendants, the "Parties"), on the other hand,

6   pursuant to N.D. Local Rule 7-12, with reference to the following facts:

7        1.     WHEREAS, on January 5, 2007, Plaintiff filed the Third Amended

8   Complaint for Damages;

9        2.     WHEREAS, on February 12, 2007, the above-captioned Court entered

10  the Pretrial Preparation Order, pursuant to which the Court, among other things,

11  established September 7, 2007 as the non-expert discovery cut-off date;

12       3.     WHEREAS, on May 25, 2007, Defendants filed the Answer of

13  Defendants to the Third Amended Complaint;

14       4.     WHEREAS, the court-ordered deadline for completing non-expert

15  discovery was September 21, 2007;

16       5.     WHEREAS, pursuant to L.R. 26-2, the deadline to file motions to

17  compel non-expert discovery is currently set for October 2, 2007;

18       6.     WHEREAS, to permit additional time to "meet and confer" regarding

19  certain outstanding discovery issues, the Parties believe that a brief, one-week

20  continuance of the deadline to file motions to compel non-expert discovery is

21  necessary and appropriate;

22       **NOW THEREFORE**, the Parties, through their respective attorneys, hereby

23  stipulate as follows:

24       1.     The deadline to file motions to compel non-expert discovery shall be,

25  subject to the Court's approval, continued by one week from October 2, 2007 to

26  October 9, 2007.

27

28

LA1686190.1
209161-10001
     2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE TO FILE
MOTIONS TO COMPEL NON-EXPERT

1      2.     Nothing in this stipulation shall be construed as a waiver or

2 relinquishment of any party's rights, remedies, objections, or defenses herein, all of

3 which are expressly reserved.

4 Dated:  October 1, 2007            LOEB & LOEB LLP
                                  DANIEL G. MURPHY

5                                  W. ALLAN EDMISTON

6                                  By:/s/

7                                      W. ALLAN EDMISTON
                                      Attorneys for Defendants MERRILL

8                                      LYNCH LIFE INSURANCE COMPANY,
                                      a Washington Corporation; and MERRILL

9                                    LYNCH LIFE AGENCY, INC.

10

11 Dated:  October 1, 2007           McGRANE GRENFIELD LLP
                                  WILLIAM McGRANE

12                                  MAUREN HARRIGNTON

13                                  BRIAN HANNON

14                                  By: /s/

15                                  MAUREEN HARRINGTON
                                  Attorneys for Plaintiff DALE SAKAI, in

16                                  his capacity as Trustee of the Fusako Sakai
                                  1995 Revocable Trust

17

18                                **ORDER**

19     **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline

20 to file motions to compel non-expert discovery is continued from October 2, 2007 to

21 October 9, 2007.

22

23 Dated:  October 2, 2007 ____

24                                  Maxine M. Chesney

25                                  United States District Judge

26

27

28