IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE SAKAI,

    Plaintiff,

v.

MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-2581 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO DETERMINE SUFFICIENCY, DEFENDANTS' MOTIONS TO COMPEL, AND PLAINTIFF'S MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, the following four motions, each filed October 9, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar: (1) defendant Merrill Lynch Life Insurance Company's "Motion to Determine Sufficiency of Plaintiff Dale Sakai's Answers to First Set of Requests for Admission Propounded by Defendant Merrill Lynch Life Insurance Company"; (2) defendants Merrill Lynch Life Insurance Company and Merrill Lynch Life Insurance Agency Inc.'s "Motion for Order Compelling Plaintiff Dale Sakai to Produce Documents Responsive to Defendants' First Set of Requests for Production of Documents"; (3) defendants Merrill Lynch Life Insurance Company and Merrill Lynch Life Insurance Agency Inc.'s "Motion for Order Compelling Non-party Kathy Nakagawa to Comply with Subpoena"; and (4) plaintiff's "Motion to

1  Compel Production of Documents."

2  Counsel will be advised of the date, time and place of the next appearance by notice
3  from the assigned Magistrate Judge's chambers.[1]

4  **IT IS SO ORDERED**.

5  Dated: October 10, 2007

6  _____
   MAXINE M. CHESNEY
   United States District Judge

---

[1] The November 16, 2007 hearing date before the undersigned is vacated.

2