1  WILLIAM McGRANE [57761]
   MAUREEN HARRINGTON [194606]
2  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
3  San Francisco, California 94111
   Telephone:   (415) 283-1776
4  Facsimile:    (415) 283-1777
   wmcgrane@mcgranegreenfield.com
5
   BRIAN J. HANNON [99750]
6  McGRANE GREENFIELD LLP
   40 South Market Street, Second Floor
7  San Jose, California  95113
   Telephone:   (408) 995-5600
8  Facsimile:    (408) 995-0308
   bhannon@mcgranegreenfield.com
9
   Attorneys for Plaintiff
10 DALE SAKAI, in his capacity as Trustee of the
   Fusako Sakai 1995 Revocable Trust
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16

17 | DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, | Case No.  06-2581 (MMC) |
|---|---|
|   Plaintiff, | STIPULATION AND ORDER RE DEADLINES FOR EXPERT DISCLOSURE AND DISCOVERY |
|  v. |  |
| MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation |  |
|   Defendants. |  |

26

1  The parties to this action, by and through their attorneys of record, hereby
2  stipulate as follows:
3      1.   In order to comply with meet and confer requirements regarding
4  discovery disputes, the parties continued to confer and produce additional
5  documents and supplemental discovery responses up to and including October 9,
6  2007, the date upon which discovery motions were due.  Through those meet and
7  confer efforts, additional documents and information was provided by both
8  Plaintiff and Defendants that will need to be examined by the proposed expert
9  witnesses in this matter to insure that disclosures are complete.
10     2.   To insure an adequate time for all parties to prepare expert witness
11 disclosures before the private mediation agreed between the parties, the parties
12 have agreed to extend the date for expert disclosures from October 12, 2007, to
13 October 24, 2007.  The deadline to disclose rebuttal experts shall be extended to
14 November 7, 2007.  Expert discovery will be completed no later than November
15 21, 2007, and the parties agree to work in good faith to schedule depositions.
16     3.   The parties will complete private mediation by November 16, 2007,
17 consistent with prior order of the Court.
18     SO STIPULATED.
19 DATED:  October 10, 2007           McGRANE GREENFIELD LLP
20
21                                     By:    /s/ Maureen A. Harrington
                                              Maureen A. Harrington
22                                     Attorneys for Plaintiff
23
   DATED:  October 10, 2007           LOEB & LOEB LLP
24
25                                     By:    /s/ Daniel G. Murphy
                                              Daniel G. Murphy
26                                     Attorneys for Defendants

1     SO ORDERED.

2  DATED: October 12, 2007

3

_____
4                         Hon. Maxine M. Chesney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26