IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE SAKAI,

    Plaintiff,

v.

MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-2581 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court is in receipt of the parties' Joint Status Conference Statement, filed October 30, 2007. The parties represent therein that they will be participating in a private mediation on November 9, 2007.

    In light of said mediation, the Status Conference previously scheduled for November 9, 2007 is hereby CONTINUED to November 30, 2007.

    **IT IS SO ORDERED**.

Dated: November 1, 2007

MAXINE M. CHESNEY
United States District Judge