IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE SAKAI,

    Plaintiff,

  v.

MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. C 06-2581 MMC

**ORDER DENYING STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF**

    Before the Court is the stipulation, filed November 6, 2007 on behalf of plaintiff and defendants, by which the parties request the Court continue the non-expert discovery cut-off from November 16, 2007 to December 15, 2007, and, pursuant to Rule 26-2 of the Civil Local Rules, the associated deadline to file any motions to compel.

    The stipulated request is hereby DENIED, for the reason the parties have failed to show good cause exists for the requested extensions. See Fed. R. Civ. P. 16 (providing pretrial order "shall not be modified except upon a showing of good cause). Additionally, the parties have failed to address the impact of any extension on the November 30, 2007 deadline for filing dispositive motions or the February 19, 2008 trial date.

    **IT IS SO ORDERED**.

Dated: November 7, 2007

                                        MAXINE M. CHESNEY
                                        United States District Judge