1  DANIEL G. MURPHY (SBN 141006)
   dmurphy@loeb.com
2  W. ALLAN EDMISTON (SBN 228246)
   aedmiston@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:   310-282-2200

6  Attorneys for DEFENDANTS
   MERRILL LYNCH LIFE
7  INSURANCE COMPANY; and
   MERRILL LYNCH LIFE AGENCY,
8  INC.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  DALE SAKAI, in his capacity as          ) Case No.  C 06-2581 (MMC)
    Trustee of the Fusako Sakai 1995        )
15  Revocable Trust under Trust Agreement   ) Assigned to Hon. Maxine M. Chesney
    dated June 27, 1995,                    )
16                                          ) **SECOND STIPULATION AND**
              Plaintiff,                    ) **[PROPOSED] ORDER TO EXTEND**
17                                          ) **EXPERT DISCOVERY CUT-OFF**
        v.                                  )
18                                          )
    MERRILL LYNCH LIFE                      )
19  INSURANCE COMPANY, a                    )
    Washington Corporation; and             )
20  MERRILL LYNCH LIFE AGENCY,              )
    INC. a Washington corporation,          )
21                                          )
              Defendants.                   )
22                                          )

23

24

25

26

27

28

LA1697712.1                               SECOND STIPULATION AND [PROPOSED]
209161-10001                              ORDER TO EXTEND EXPERT DISCOVERY CUT-
                                          OFF Case No. C 06-2581 (MMC)

1  This stipulation is made by and between defendants Merrill Lynch Life
2  Insurance Company and Merrill Lynch Life Agency, Inc., on the one hand, and
3  plaintiff Dale Sakai, in his capacity as Trustee of the Fusako Sakai 1995 Revocable
4  Trust under Trust Agreement dated June 27, 1999 (collectively with Defendants, the
5  "Parties"), on the other hand, pursuant to N.D. Local Rule ("L.R.") 7-12, with
6  reference to the following facts:
7      1.   WHEREAS, the Parties exchanged expert disclosures pursuant to
8  Federal Rule of Civil Procedure 26(a)(2).
9      2.   WHEREAS, the deadline for completing expert discovery is currently
10 November 21, 2007;
11     3.   WHEREAS, given certain scheduling issues, the Parties believe that a
12 brief extension of the expert discovery deadline is necessary to ensure completion of
13 the expert discovery process;
14     4.   WHEREAS, on November 6, 2007, the Parties filed a stipulation
15 requesting a brief extension of the expert discovery cut-off;
16     5.   WHEREAS, on November 7, 2007, the Court denied the Parties'
17 stipulation on the ground that it failed to establish good cause for the requested
18 extension, and the further ground that it failed to address any impact on the
19 November 30, 2007 deadline for filing dispositive motions or the February 19, 2008
20 trial date;
21     6.   WHEREAS, the Parties now submit this Second Stipulation and
22 [Proposed] Order to Extend Expert Discovery Cut-off to clarify that:
23       ▪  Plaintiff designated one expert witness and two rebuttal expert
24          witnesses, and Defendants designated three expert witnesses, two of whom
25          also drafted rebuttal reports;
26       ▪  Two of the Parties' experts reside on the East Coast;
27
28

LA1697712.1
209161-10001

1

SECOND STIPULATION AND [PROPOSED]
ORDER TO EXTEND EXPERT DISCOVERY
CUT-OFF  Case No. C 06-2581 (MMC)

1 ▪ Completing expert depositions before the current discovery cut-off would be difficult even in the best of circumstances; however, given certain travel and scheduling issues, in addition to the Thanksgiving holiday, the difficulty of this task is magnified considerably;

▪ The requested extension is intended to address that difficulty. The Parties do not anticipate that it will have any impact on the deadline for filing dispositive motions or the trial date;

**NOW THEREFORE**, the Parties, through their respective attorneys, hereby stipulate as follows:

1. The non-expert discovery cut-off shall be extended from November 21, 2007 to December 15, 2007, and the deadline to file any motions to compel expert discovery shall be, pursuant to L.R. 26-2, based on this new cut-off date.

2. All other deadlines and dates previously set by the Court, including the November 30, 2007 deadline for filing dispositive motions and the February 12, 2007 trial date, shall remain the same.

3. Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses herein, all of which are expressly reserved.

Dated: November 13, 2007

LOEB & LOEB LLP
DANIEL G. MURPHY
W. ALLAN EDMISTON

By:/s/
W. ALLAN EDMISTON
Attorneys for Defendants MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington Corporation; and MERRILL LYNCH LIFE AGENCY, INC.

Dated: November 13, 2007

McGRANE GRENFIELD LLP
WILLIAM McGRANE
MAUREN HARRIGNTON

BRIAN HANNON

By: /s/
MAUREEN HARRINGTON
Attorneys for Plaintiff DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court also notes that the trial date is February 19, 2008, not February 12, 2008. (See above Stipulation at 2:15.)

Dated: November 14, 2007

Maxine M. Chesney
United States District Judge