1  WILLIAM McGRANE [57761]
   MAUREEN HARRINGTON [194606]
2  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
3  San Francisco, California 94111
   Telephone:   (415) 283-1776
4  Facsimile:    (415) 283-1777
   wmcgrane@mcgranegreenfield.com
5
   BRIAN J. HANNON [99750]
6  McGRANE GREENFIELD LLP
   40 South Market Street, Second Floor
7  San Jose, California  95113
   Telephone:   (408) 995-5600
8  Facsimile:    (408) 995-0308
   bhannon@mcgranegreenfield.com
9
   Attorneys for Plaintiff
10 DALE SAKAI, in his capacity as Trustee of the
   Fusako Sakai 1995 Revocable Trust
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16

17 DALE SAKAI, in his capacity as Trustee of    | Case No.  06-2581 (MMC)
   the Fusako Sakai 1995 Revocable Trust        |
18 under Trust Agreement dated June 27, 1995,   | [PROPOSED] ORDER GRANTING
                                                | DEFENDANTS' MISCELLANEOUS
19         Plaintiff,                           | ADMINISTRATIVE REQUEST
                                                | REGARDING THE PROTECTION OF
20 v.                                           | CONFIDENTIAL MATERIALS

21
   MERRILL LYNCH LIFE INSURANCE
22 COMPANY, a Washington corporation;
   and MERRILL LYNCH LIFE AGENCY,
23 INC., a Washington corporation

24         Defendants.

25

26

---

1

Order Granting Defendants' Miscellaneous Administrative Request Regarding the Protection of
Confidential Materials

1  Upon review and after consideration of the Miscellaneous Administrative
2  Request Regarding the Protection of Confidential Materials filed by defendants
3  Merrill Lynch Life Insurance Company and Merrill Lynch Life Agency Inc., as
4  well as the Declaration of W. Allan Edmiston, etc. in support thereof, and the
5  Declaration of Maureen A. Harrington in Reply, etc. and good cause having been
6  shown,

7  IT IS HEREBY ORDERED that, pursuant to the Stipulated Protective
8  Order, dated August 23, 2007, Exhibits Y, Z, BB, CC and DD to the Declaration
9  of W. Allan Edmiston in Support of Defendants' Motion for Summary Judgment
10 Or, in the Alternative, Summary Adjudication are hereby filed under seal.

13 Dated: _December 13, 2007_____     _____
14                                          Maxine M. Chesney
                                            United States District Judge