1  WILLIAM McGRANE [57761]
   MAUREEN HARRINGTON [194606]
2  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
3  San Francisco, California 94111
   Telephone:  (415) 283-1776
4  Facsimile:   (415) 283-1777
   wmcgrane@mcgranegreenfield.com
5
   BRIAN J. HANNON [99750]
6  McGRANE GREENFIELD LLP
   40 South Market Street, Second Floor
7  San Jose, California  95113
   Telephone:  (408) 995-5600
8  Facsimile:   (408) 995-0308
   bhannon@mcgranegreenfield.com
9
   Attorneys for Plaintiff
10 DALE SAKAI, in his capacity as Trustee of the
   Fusako Sakai 1995 Revocable Trust
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16
17 DALE SAKAI, in his capacity as Trustee of     Case No.  06-2581 (MMC)
   the Fusako Sakai 1995 Revocable Trust
18 under Trust Agreement dated June 27, 1995,    STIPULATION AND ORDER TO
                                                 CONTINUE CASE MANAGEMENT
19         Plaintiff,                            CONFERENCE

20
   v.                                            Date: October 17, 2008
21                                               Time: 10:30 AM
   MERRILL LYNCH LIFE INSURANCE                  Judge: Maxine M. Chesney
22 COMPANY, a Washington corporation;
   and MERRILL LYNCH LIFE AGENCY,
23 INC., a Washington corporation

24
           Defendants.
25

26

1  The parties, by and through their counsel of record, hereby stipulate as
2  follows:
3      1.  On September 11, 2008, a case management conference was set in
4  this matter for October 17, 2008, at 10:30 AM.  Counsel for Plaintiff, Maureen A.
5  Harrington, has an immovable conflict for that date.
6      2.  The parties hereby stipulate to move the case management
7  conference to November 7, 2008, at 10:30 AM, subject to the approval of the
8  Court.
9      SO STIPULATED.

10 DATED:  October 3, 2008        McGRANE GREENFIELD LLP

12         By:    /s/ Maureen A. Harrington
        Maureen Harrington
13         Attorneys for Plaintiff DALE
        SAKAI, in his capacity as Trustee of
14         the Fusako Sakai 1995 Revocable
        Trust

15 DATED:  October 3, 2008        LOEB & LOEB LLP

18         By:    /s/ Daniel Murphy
        Daniel Murphy
19         Attorneys for Defendants
        MERRILL LYNCH LIFE
20         INSURANCE COMPANY, a
        Washington corporation; and
        MERRILL LYNCH LIFE
21         AGENCY, INC., a Washington
        corporation

1   Good cause having been shown, the Case Management Conference shall be
2   continued to November 7, 2008, at 10:30 AM.
3       SO ORDERED.
4
5   Dated: __October 3, 2008__     _/s/ Maxine M. Chesney_____
6                                   Hon. Maxine M. Chesney, District Court Judge