| | |
|---|---|
| 1 | WILLIAM McGRANE [57761]<br>MAUREEN HARRINGTON [194606] |
| 2 | McGRANE GREENFIELD LLP<br>One Ferry Building, Suite 220 |
| 3 | San Francisco, California 94111<br>Telephone: (415) 283-1776 |
| 4 | Facsimile: (415) 283-1777<br>wmcgrane@mcgranegreenfield.com |
| 5 | |
| 6 | BRIAN J. HANNON [99750]<br>McGRANE GREENFIELD LLP |
| 7 | 40 South Market Street, Second Floor<br>San Jose, California 95113 |
| 8 | Telephone: (408) 995-5600<br>Facsimile: (408) 995-0308 |
| 9 | bhannon@mcgranegreenfield.com |
| 10 | Attorneys for Plaintiff<br>DALE SAKAI, in his capacity as Trustee of the |
| 11 | Fusako Sakai 1995 Revocable Trust |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation; and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation<br><br>Defendants. | Case No. 06-2581 (MMC)<br><br>**AMENDED STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

THIS STIPULATION is made by and between Plaintiff Dale Sakai, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995 ("Plaintiff"), and MERRILL LYNCH LIFE INSURANCE COMPANY, a Washington corporation, and MERRILL LYNCH LIFE AGENCY, INC., a Washington corporation (collectively, "Defendants"), through their respective counsel or record.

## **STIPULATION**

1. This Court has ordered Plaintiff and Defendants (collectively, the "Parties") to attend a settlement conference on April 17, 2009. Due to counsel's scheduling conflict, the Parties have agreed to reschedule the settlement conference for May 19, 2009 at 10 a.m.

2. Pursuant to Standing Order Re: Settlement Conference Procedures for Cases Referred to Magistrate Judge Maria-Elena James, the parties may jointly stipulate to reschedule the settlement conference. Accordingly, the parties, by and through their respective counsel of record, hereby stipulate and agree to reschedule the settlement conference from April 17, 2009, to May 19, 2009 at 10 a.m.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: April 15, 2009        MCGRANE GREENFIELD LLP

                            By:   /S/    MAUREEN A. HARRINGTON
                            Attorneys for Plaintiff DALE SAKAI, in
                            his capacity as Trustee of the Fusako
                            Sukai 1995 Revocable Trust

Dated: April 15, 2009        LOEB & LOEB LLP

                            By:   /S/    DANIEL MURPHY
                            Attorneys for Defendants MERRILL
                            LYNCH LIFE INSURANCE
                            COMPANY, a Washington corporation,
                            and MERRILL LYNCH LIFE
                            AGENCY, INC., a Washington
                            corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 27, 2009

                            _____
                            THE HONORABLE MARIA-ELENA JAMES
                            UNITED STATES MAGISTRATE JUDGE

Amended Stipulation to Reschedule Settlement Conference