IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE SAKAI,

    Plaintiff,

v.

MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. C-06-2581 MMC

**ORDER OF DISMISSAL**

The parties having agreed, at the May 19, 2009 Settlement Conference, to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 19, 2009

                                              MAXINE M. CHESNEY
                                              United States District Judge