IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-2581 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE JAMES STIPULATION TO SEAL DOCKET NO. 170** |

     Pursuant to Civil Local Rule 72-1, the parties' "Stipulation to Seal Docket No. 170," filed June 5, 2009, by which the parties request that a transcript of proceedings held before Magistrate Judge Maria-Elena James be filed under seal, is hereby REFERRED to Magistrate Judge James.

     **IT IS SO ORDERED**.

Dated: June 8, 2009

                                             MAXINE M. CHESNEY
                                             United States District Judge