1  DANIEL G. MURPHY (SBN 141006)
   dmurphy@loeb.com
2  W. ALLAN EDMISTON (SBN 228246)
   aedmiston@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:   310-282-2200

6  Attorneys for DEFENDANTS
   MERRILL LYNCH LIFE
7  INSURANCE COMPANY; and
   MERRILL LYNCH LIFE AGENCY,
8  INC.

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | DALE SAKAI, in his capacity as Trustee of the Fusako Sakai 1995 Revocable Trust under Trust Agreement dated June 27, 1995, | Case No.  C 06-2581 (MMC)

15 Assigned to Hon. Maxine M. Chesney

16      Plaintiff,

17                                    [PROPOSED] ORDER GRANTING
                                      STIPULATION TO SEAL DOCKET
   v.                                 NO. 170  AS TO CERTAIN PORTIONS
18
   MERRILL LYNCH LIFE
19 INSURANCE COMPANY, a
   Washington Corporation; and
20 MERRILL LYNCH LIFE AGENCY,
   INC. a Washington corporation,
21
        Defendants.
22

23

24

25

26

27

28

LA1871499.1                                   [PROPOSED] ORDER GRANTING STIPULATION
209161-10001                                  TO SEAL DOCKET NO. 170

1     Having considered the Stipulation to Seal Docket No. 170, and good cause
2 appearing therefor,

3     ~~**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:~~

4     1. ~~The Transcript assigned Docket No. 170 in the above-captioned case~~
5 ~~shall be sealed and removed from public view, effective immediately.~~

6

7     **IN THE ALTERNATIVE, IT IS HEREBY ORDERED, ADJUDGED**
8 **AND DECREED** that:

9     1.     The Transcript assigned Docket No. 170 shall be redacted to remove
10 page 3, lines 13 through 24, and page 7, lines 10 through 23, from public view.

11

12
13 Dated: June 9, 2009             _____

14     HONORABLE MAXINE M. CHESNEY
15     United ...

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maria-Elena James]*

LA1871499.1
209161-10001     1     [PROPOSED] ORDER GRANTING STIPULATION TO SEAL DOCKET NO. 170


# PROOF OF SERVICE

I, Cathy Roybal, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On June 5, 2009, I served a true copy of **[PROPOSED] ORDER GRANTING STIPULATION TO SEAL DOCKET NO. 170** on the parties in this cause as follows:

[X]   (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

| | |
|---|---|
| Maureen A. Harrington<br>McGrane Greenfield LLP<br>One Ferry Building, Suite 220<br>San Francisco, CA 94111<br>Facsimile: 415.283.1777 | Brian J. Hannon, Esq.<br>McGrane Greenfield LLP<br>40 S. Market Street, 7th Floor<br>San Jose, California 95113<br>Facsimile: 408.995.0308 |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2009, at Los Angeles, California.

/s/
Cathy Roybal

LA1871499.1
209161-10001

2

[PROPOSED] ORDER GRANTING STIPULATION TO SEAL DOCKET NO. 170